# Third District Court of Appeal

## State of Florida

Opinion filed November 12, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1561
Lower Tribunal No. 25-12659-FC-04
_____

**Jessica P. Wages**, etc.,
Appellant,

vs.

**James Adam Baez,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Samantha Ruiz Cohen, Judge.

Jessica P. Wages, in proper person.

Kenneth M. Kaplan, for appellee.

Before LOGUE, LINDSEY, and MILLER, JJ.

MILLER, J.

Appellant, Jessica P. Wages, appeals from an order dismissing the petition for an injunction against domestic violence she filed on behalf of her minor child, J.B. Appellee, James Adam Baez, has moved to dismiss and for sanctions, contending that the order is nonfinal and nonappealable and therefore this court lacks jurisdiction over the appeal. The trial court dismissed the petition "without prejudice." But the order reflects the "evidence is insufficient," and therefore there is "no just cause" for entry of an injunction. Although the parties remain embroiled in other aspects of litigation, Florida Rule of Appellate Procedure 9.130(a)(3)(B) expressly authorizes review of nonfinal orders denying injunctive relief. Accordingly, we deny the motion to dismiss and for sanctions. Id. ("Appeals to the district courts of appeal of nonfinal orders are limited to those that: . . . grant, continue, modify, deny, or dissolve injunctions, or refuse to modify or dissolve injunctions.").

Motion denied.